**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 15-cr-20677-BLOOM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RICHARD SHELLEY,

    Defendant.

_____/

### ORDER ON MOTION TO PROCEED *IN FORMA PAUPERIS*

**THIS CAUSE** is before the Court on Defendant Richard Shelley's ("Movant") Application to Proceed *In Forma Pauperis* ("IFP") on Appeal, ECF No. [185]. For the following reasons, the Application is denied.

The Court "has wide discretion in denying an application to proceed IFP under 28 U.S.C. [section] 1915." *Martinez v. Kristi Kleaners, Inc.*, 364 F.3d 1305, 1306 (11th Cir. 2004) (alteration added; quoting *Flowers v. Turbine Support Div.*, 507 F.2d 1242, 1244 (5th Cir. 1975)). Here, Defendant has an account balance of $714.62 with $0.00 in debts or other encumbrances. *See* ECF No. [185] at 3.[1] The Court thus concludes that Movant possesses sufficient funds to pay the $505.00 filing fee. *See Martin v. United States*, 317 F. App'x 869, 870-71 (11th Cir. 2008) (affirming dismissal of complaint without prejudice where inmate had $1,818 in deposits made into his account over the previous six months); *see also Lay v. Okla. Dep't of Corr.*, 746 F. App'x 777, 779 (10th Cir. 2018) (district court did not abuse its discretion by requiring prisoner to prepay $400 filing fee where prisoner had $550.67 in his trust account when he filed suit). For the

---

[1] The Court uses the pagination generated by the electronic CM/ECF database, which appears in the headers of all court filings.

Case No. 15-cr-20677-BLOOM

foregoing reasons, the Court certifies that Movant is not entitled to proceed IFP. *See* Fed. R. App. P. 24(a)(4)(B).

Accordingly, it is **ORDERED AND ADJUDGED** that Defendant's Application to Proceed IFP on Appeal, **ECF No. [185]**, is **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, on August 9, 2023.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record

Richard Shelley
08494-104
Beaumont Low
Federal Correctional Institution
Inmate Mail/Parcels
Post Office Box 26020
Beaumont, TX 77720
PRO SE